UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LEGACY ROOFING & RESTORATION, L.L.C., as assignee of NEW HORIZON UNITED METHODIST CHURCH,<br><br>      Plaintiff,<br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 19-CV-2185 |

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff, Legacy Roofing & Restoration, L.L.C as assignee of New Horizon United Methodist Church, and Defendant, Church Mutual Insurance Company Foundation, Inc., by counsel, pursuant to *Rule 41(a)(1)(A)(ii)* of the *Federal Rules of Civil Procedure*, stipulate the above action be and it is dismissed, with prejudice, each party to bear its own costs.

*s/: Joshua A. Humbrecht*

Hassakis & Hassakis, P.C.
Attorneys for Plaintiff
Joshua A. Humbrecht
Hassakis & Hassakis, P.C.
Boston Building, Suite. 201
206 South Ninth Street
P.O. Box 706
Mt. Vernon, IL 62964-0015
Telephone: (618) 244-5335
Fax: (618) 244-5330

s/: James P. DuChateau (with consent)

HeplerBroom, LLC
Attorneys for Defendant
James P. DuChateau
30 N. LaSalle, Suite 2900
Chicago, Illinois 60602
Telephone: 312-205-7710
Fax:      312-230-9201

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed and served upon all parties of record by the United States District Court's CM/ECF system on September 3, 2019.

s/ Joshua A. Humbrecht